1  GIGI C. HOANG, Bar No. 241182
   ghoang@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, California  94111
   Telephone:  (415) 344-7000
4  Facsimile:  (415) 344-7050
5
   Attorneys for Defendant
6  VITAL PHARMACEUTICALS, INC.

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10                   (SACRAMENTO DIVISION)

11 | CYTOSPORT, INC., a California | Case No. 2:08-CV-02632-FCD-GGH
   | Corporation |
12 |   | **STIPULATION AND ORDER FOR**
   |   | **EXTENSION OF TIME FOR DEFENDANT**
13 |        Plaintiff, | **VITAL PHARMACEUTICALS, INC. TO**
   |   | **ANSWER OR RESPOND TO PLAINTIFF'S**
14 |   v. | **AMENDED COMPLAINT**
   |
15 | VITAL PHARMACEUTICALS, INC., a
   | Florida Corporation,
16 |
   |        Defendant(s).

66386-0004/LEGAL15070497.1

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Pursuant to L.R. 6-144, plaintiff CytoSport, Inc. and defendant Vital Pharmaceuticals, Inc., by and through their undersigned counsel, hereby stipulate and agree that Vital Pharmaceuticals, Inc. shall receive a fourteen-day extension to answer or otherwise respond to the complaint in this matter. This is defendant's first extension to respond to the plaintiff's Amended Complaint. With this extension, defendant Vital Pharmaceuticals, Inc.'s answer or other response to the Amended Complaint will be due on or before December 31, 2008.

December 17, 2008  **PERKINS COIE LLP**

By:   /s/ Gigi C. Hoang
   Gigi C. Hoang
   Attorneys for Defendant
   Vital Pharmaceuticals, Inc.

December 17, 2008  **MILLSTONE, PETERSON & WATTS, LLP**

By:   /s/
   Glenn W. Peterson, Esq.
   Attorneys for Plaintiff
   CytoSport, Inc.

**IT IS SO ORDERED.**

Dated: December 17, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE