Glenn W. Peterson, Esq. (CA Bar Assn. No. 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Peter M. de Jonge, Utah Bar No. 7185
Gordon K. Hill, Utah Bar No. 9361
Jed H. Hansen, Utah Bar No. 10679
**THORPE NORTH & WESTERN, L.L.P.**
8180 South 700 East, Suite 350
Sandy, Utah 84070-0562
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Mark M. Bettilyon (Utah Bar Assn. No. 4798)
**RAY QUINNEY & NEBEKER, PC**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Fax No: (801) 532-7543

*Attorneys for Plaintiff CytoSport, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

(SACRAMENTO DIVISION)

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VITAL PHARMACEUTICALS, INC., a Florida Corporation,<br><br>Defendant(s). | Case No.: 2:08-CV-02632-FCD-GGH<br><br>**ORDER FOR SUSPENSION** |

/ / /

/ / /



ORDER FOR SUSPENSION

Having been apprised of the facts and for good cause showing,

IT IS HEREBY ORDERED that all current deadlines in this action, including without limitation, the hearing currently scheduled for Defendant's Motion to Dismiss on February 20, 2009, shall be suspended pending the decision in the United States District Court, Southern District of Florida with regard to the motion to dismiss currently before that Court.

SIGNED this 4th day of February, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE