1 Glenn W. Peterson, Esq. (CA Bar Assn. No. 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Peter M. de Jonge (Utah Bar No. 7185)
Gordon K. Hill (CA Bar Assn. No. 218999)
Jed H. Hansen, (Admitted Pro Hac Vice)
**THORPE NORTH & WESTERN, L.L.P.**
8180 South 700 East, Suite 350
Sandy, Utah 84070-0562
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Mark M. Bettilyon (Admitted Pro Hac Vice)
Sam C. Straight (Admitted Pro Hac Vice)
**RAY QUINNEY & NEBEKER, PC**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Fax No: (801) 532-7543

*Attorneys for Plaintiff*, CytoSport, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

(SACRAMENTO DIVISION)

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VITAL PHARMACEUTICALS, INC., a Florida Corporation,<br><br>Defendant. | Case No.: 2:08-CV-02632-FCD-GGH<br><br>**ORDER FOR ENTRY OF CYTOSPORT'S SECOND AMENDED COMPLAINT**<br>_____ |

| | |
|---|---|
| 1 | Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and based upon the Unopposed Motion for Entry of CytoSport's Second Amended Complaint by Plaintiff CytoSport, Inc. ("Plaintiff") and for good cause appearing, |

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and based upon the Unopposed Motion for Entry of CytoSport's Second Amended Complaint by Plaintiff CytoSport, Inc. ("Plaintiff") and for good cause appearing,

IT IS HEREBY ORDERED that CytoSport's Second Amended Complaint attached to the Stipulated Motion for Entry of the same be entered with the Court. <u>Plaintiff shall file the Second Amended Complaint as a separate docket entry on the Court's docket.</u> Defendant shall have twenty (20) days from the date of this Order to file a responsive pleading.

DATED: March 18, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER FOR ENTRY OF CYTOSPORT'S SECOND AMENDED COMPLAINT