Gigi C. Hoang, Bar No. 241182
GHoang@perkinscoie.com
Jason A. Yurasek, Bar No. 202131
JYurasek@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Ramsey M. Al-Salam (*Admitted pro hac vice*)
RAlsalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Erica W. Stump (*Admitted pro hac vice*)
ericas@vpxsports.com
VITAL PHARMACEUTICALS, INC.
15751 S.W. 41st Street, Suite 300
Davie, FL 33331
Telephone: 951.641.0570 x 293
Facsimile: 954.641.0583

Attorneys for Defendant
Vital Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYTOSPORT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VITAL PHARMACEUTICALS, INC., <br><br> Defendant. | Case No. 2:08-cv-02632-FCD-GGH <br><br> STIPULATION AND ORDER REGARDING PAGE-LIMIT EXTENSION FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITION THERETO |

**WHEREAS**, the Court, in its November 5, 2008 Order, ordered that all motions and opposition briefs should be limited to 20 pages;

**WHEREAS**, Defendant Vital Pharmaceuticals, Inc. ("VPX") desires a 20-page extension for its opposition brief to CytoSport, Inc.'s (CytoSport's) Motion for Preliminary Injunction due to the complexity and number of issues involved in the motion and VPX's opposition, the seriousness of CytoSport's motion to enjoin VPX from selling its product, and the length of CytoSport's Motion for Preliminary Injunction, which was 41 pages;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between CytoSport and VPX, by and through their respective attorneys of record, that VPX may file an opposition brief to CytoSport's Motion for Preliminary Injunction of up to 40 pages in length. Further, both Parties agree to a 21-page extension for CS's brief that is on file supporting its Motion for Preliminary Injunction.

DATED: April 17, 2009.

/s/ *Ramsey M. Al-Salam*
Ramsey M. Al-Salam (*Admitted Pro Hac Vice*)
RAlsalam@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Erica W. Stump (*Admitted Pro Hac Vice*)
ericas@vpxsports.com
**VITAL PHARMACEUTICALS, INC.**
15751 S.W. 41st Street, Suite 300
Davie, FL 33331
Telephone: 951.641.0570 x 293
Facsimile: 954.641.0583

Gigi C. Hoang, Bar No. 241182
GHoang@perkinscoie.com
Jason A. Yurasek, Bar No. 202131
JYurasek@perkinscoie.com
**PERKINS COIE, LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
Vital Pharmaceuticals, Inc.

|   |   |
|---|---|
| 1 | |
| 2 | /s/ *Jed H. Hansen* <br>(as authorized on April 16, 2009) <br>hansen@tnw.com <br>Peter M. de Jonge <br>Gordon K. Hill <br>**THORPE NORTH & WESTERN, L.L.P.** <br>8180 South 700 East, Suite 350 <br>Sandy, UT 84070 <br>Telephone: 801.566.6633 <br>Facsimile: 801.566.0750 |

/s/ *Jed H. Hansen*
(as authorized on April 16, 2009)
hansen@tnw.com
Peter M. de Jonge
Gordon K. Hill
**THORPE NORTH & WESTERN, L.L.P.**
8180 South 700 East, Suite 350
Sandy, UT 84070
Telephone: 801.566.6633
Facsimile: 801.566.0750

Glenn W. Peterson, Esq.
gpeterson@mpwlaw.net
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661

Mark M. Bettilyon
mbettilyon@rqn.com
**RAY QUINNEY & NEBEKER, PC**
36 South State Street, Suite 1400
Salt Lake City, UT 84111

*Attorneys for Plaintiff CytoSport, Inc.*

**IT IS SO ORDERED.**

DATED: April 20, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE