Glenn W. Peterson (CA Bar Assn. No. 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Facsimile: (916) 780-8775

Peter M. de Jonge (Utah Bar No. 7185)
Gordon K. Hill (CA Bar Assn. No. 218999)
Jed H. Hansen (*Admitted Pro Hac Vice*)
**THORPE NORTH & WESTERN, LLP**
8180 South 700 East, Suite 350
Sandy, Utah 84070-0562
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Mark M. Bettilyon (*Admitted Pro Hac Vice*)
Samuel C. Straight (*Admitted Pro Hac Vice*)
**RAY QUINNEY & NEBEKER, PC**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

*Attorneys for Plaintiff CytoSport, Inc.*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| CYTOSPORT, INC., <br><br>Plaintiff, <br><br>v. <br><br>VITAL PHARMACEUTICALS, INC., <br><br>Defendant. | Case No.: 2:08-CV-02632-FCD-GGH <br><br>**STIPULATION AND ORDER REGARDING PAGE-LIMIT EXTENSION FOR PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

1

# **PLAINTIFF'S STIPULATED PAGE-LIMIT EXTENSION**

**WHEREAS**, the Court, in its November 5, 2008 Order, ordered that all reply briefs should be limited to ten (10) pages;

**WHEREAS**, Plaintiff CytoSport, Inc. ("CytoSport") desires a page extension for its reply brief to Vital Pharmaceuticals, Inc.'s ("VPX") Opposition to Motion for Preliminary Injunction ("VPX's Opposition") due to the complexity and number of issues involved in VPX's Opposition, the seriousness of the motion for preliminary injunction, and the length of VPX's Opposition, which was 40 pages;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between CytoSport and VPX, by and through their respective attorneys of record, that CytoSport may file a reply brief to VPX's Opposition of up to thirty two (32) pages in length.

DATED: April, 24, 2009

                                           THORPE NORTH & WESTERN, L.L.P.

                                           Peter M. de Jonge
                                           Gordon K. Hill
                                           Jed H. Hansen
                                           THORPE NORTH & WESTERN, L.L.P.

                                           -and-

                                           Mark M. Bettilyon
                                           Samuel C. Straight
                                           RAY QUINNEY & NEBEKER P.C.

                                           -and-

                                           MILLSTONE PETERSON & WATTS, LLP
                                           *Attorneys at Law*

                                           By: */s/ Jed H. Hansen*           .

                                           Attorneys for Plaintiff
                                           CytoSport, Inc.

Ramsey M. Al-Salam
Gigi C. Hoang
Jason A. Yurasek
**PERKINS COIE, LLP**

-and-

Erica W. Stump
**VITAL PHARMACEUTICALS, INC.**

By: */s/ Erica W. Stump*                    .
 (as authorized on April 24, 2009)

Attorneys for Defendant
Vital Pharmaceuticals, Inc.

**ORDER**

**IT IS SO ORDERED,**

DATED: April 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE