Eisenberg Raizman Thurston & Wong llp
Adam J. Thurston (SBN 162636)
10880 Wilshire Boulevard, Eleventh Floor
Los Angeles, California 90024
Telephone:  (310) 445-4400
Facsimile:   (310) 445-4410

Attorneys for Defendant
VITAL PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>VITAL PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No.  2:08-cv-02632-FCD-GGH<br><br>**ORDER RE**<br><br>**(1)  MOTION TO AMEND ANSWER (#100);**<br><br>**(2)  LEAVE TO FILE THIRD AMENDED COMPLAINT AND AMEND ANSWER WITH COUNTERCLAIM; AND**<br><br>**(3)  EXTENSION OF DISCOVERY CUT-OFF DATE**<br><br>Disc. Cut-Off: April 10, 2010<br>Trial Date:    None Set |

The Court, having reviewed the parties' Stipulation Requesting Order Permitting Amendment Of The Pleadings (the "Stipulation), and good cause appearing therefor, hereby ORDERS as follows:

1.    The Amended Answer, Affirmative Defenses, and Counterclaim, attached to the Stipulation as Exhibit 1, is deemed filed and served on the date of entry of this order;

2.    The Third Amended Complaint, attached to the Stipulation as Exhibit 2, is deemed filed and served on the date of entry of this order;

3.    The discovery cut-off date is hereby extended from April 10, 2010, to

July 31, 2010;

   4. The Motion To Amend Answer And Affirmative Defenses To State Counterclaims (#100) is taken off calendar as moot;

   4. The parties shall have 20 days from on the date of enry of this order to respond to the amended pleadings.

IT IS SO ORDERED.

DATED: December 7, 2009

               _____
               FRANK C. DAMRELL, JR.
               UNITED STATES DISTRICT JUDGE

Presented by:

Eisenberg Raizman Thurston & Wong LLP


By:_____/s/_____
    Adam J. Thurston
Attorneys for Defendant
VITAL PHARMACEUTICALS, INC.