# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA,

# (SACRAMENTO DIVISION)

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VITAL PHARMACEUTICALS, INC., a Florida Corporation,<br><br>　　　　　Defendant. | **ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>[Filed Concurrently With Stipulation]<br><br>Case No.: 2:08-CV-02632-FCD-GGH |



The Court, having reviewed the stipulation of the parties, and good cause appearing therefore, the Status (Pretrial Scheduling) Order entered as Dkt #141 shall be modified as follows:

| Event | Date |
| --- | --- |
| Disclosure of Identity of Experts (Provide name and short statement of expected testimony of experts other than rebuttal experts) | 7/20/10 |
| Disclosure of Rule 26(a)(2)(B) Expert Reports | 8/10/10 |
| Disclosure of Rebuttal Expert Reports | 9/10/10 |
| Expert Discovery Cut-Off | 10/10/10 |
| Discovery Cut-Off | 11/1/10 |
| Dispositive Motion Hearing Cut-Off | 12/3/10 |
| Final Pretrial Conf. | 2/4/11 at 2:00 p.m. |
| Trial | 4/26/11 at 9:00 a.m. |

IT IS SO ORDERED:

DATED: June 24, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE