UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

(SACRAMENTO DIVISION)

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>VITAL PHARMACEUTICALS, INC., a Florida Corporation,<br><br>        Defendant. | Case No.: 2:08-CV-02632-FCD-GGH<br><br>**ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER**<br>_____<br><br>**[Filed Concurrently With Stipulation]** |

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore, the Status (Pretrial Scheduling) Order shall be modified as follows:

| Event | Date |
|---|---|
| Disclosure of Identity of Experts (Provide name and short statement of expected testimony of experts other than rebuttal experts) | 8/10/10 |
| Disclosure of Rule 26(a)(2)(B) Expert Reports | 9/10/10 |
| Disclosure of Rebuttal Expert Reports | 10/10/10 |
| Expert Discovery Cut-Off | 11/1/10 |

| Event | Date |
|---|---|
| Discovery Cut-Off | 11/1/10 |
| Dispositive Motion Hearing Cut-Off | 12/3/10 |
| Final Pretrial Conf. | 2/4/11 at 2:00 p.m. |
| Trial | 4/26/11 at 9:00 a.m. |

**IT IS SO ORDERED:**

DATED:  July 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER