UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

(SACRAMENTO DIVISION)

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>VITAL PHARMACEUTICALS, INC., a Florida Corporation,<br><br>　　　　　Defendant. | **ORDER TO EXTEND EXPERT DEADLINES**<br><br>Case No.: 2:08-CV-02632-FCD-GGH |

/ / /

/ / /

/ / /



ORDER TO EXTEND EXPERT DEADLINES

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore, the Status (Pretrial Scheduling) Order shall be modified to extend the expert deadlines as follows:

| Event | Date |
| --- | --- |
| Disclosure of Identity of Experts (Provide name and short statement of expected testimony of experts other than rebuttal experts) | 9/10/10 |
| Disclosure of Rule 26(a)(2)(B) Expert Reports | 9/17/10 |
| Disclosure of Rebuttal Expert Reports | 10/10/10 |
| Expert Discovery Cut-Off | 11/1/10 |
| Discovery Cut-Off | 11/1/10 |
| Dispositive Motion Hearing Cut-Off | 12/3/10 |
| Final Pretrial Conf. | 2/4/11 at 2:00 p.m. |
| Trial | 4/26/11 at 9:00 a.m. |

IT IS SO ORDERED:

DATED: August 13, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE