UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

(SACRAMENTO DIVISION)

| | |
|---|---|
| CYTOSPORT, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> VITAL PHARMACEUTICALS, INC., a Florida Corporation, <br><br> Defendant. | **ORDER CONCERNING DEPOSITION SCHEDULING** <br><br> Case No.: 2:08-CV-02632-FCD-GGH |

1     The Court, having reviewed the stipulation of the parties, and good cause appearing,

2 ORDERS as follows:

3     CytoSport shall take the Rule 30(b)(6) deposition of VPX (Jack Owoc) on September 10,

4 2010, starting at 9:00 am in Ft. Lauderdale, Florida;

5     VPX shall take the Rule 30(b)(6) deposition of CytoSport (Bobbie White) on September 13,

6 2010, starting at 10:00 am in San Francisco, California;

7     CytoSport shall take the deposition of Mark McLeod on September 15, 2010, starting at 9:00

8 am in Ft. Lauderdale, Florida;

9     CytoSport shall take the deposition of Omar Santamaria on September 15, 2010, starting at

10 1:00 pm in Ft. Lauderdale, Florida.

11     IT IS SO ORDERED.

12 DATED: September 8, 2010

13                                    FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

ORDER CONCERNING DEPOSITION SCHEDULING