1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

(SACRAMENTO DIVISION)

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VITAL PHARMACEUTICALS, INC., a Florida Corporation,<br><br>Defendant. | **ORDER MODIFYING PRETRIAL DATES**<br><br>Case No.: 2:08-CV-02632-FCD-GGH |

The Court, having reviewed the stipulation of the parties, and good cause appearing, ORDERS that the pretrial dates in this case be modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Disclosure of Identity of Experts (provide name and short statement of expected testimony of experts other than rebuttal experts) | 9/10/10 | 11/1/10 |
| Disclosure of Rule 26(a)(2)(B) Initial Expert Reports | 9/17/10 | 11/8/10 |
| Disclosure of Rebuttal Expert Reports | 10/10/10 | 12/8/10 |
| Expert Discovery Cut-Off | 11/1/10 | 12/23/10 |
| Discovery Cut-Off | 11/1/10 | 12/23/10 |
| Dispositive Motion Hearing Cut-Off | 12/3/10 | 2/11/11 |
| Final Pretrial Conf. | 2/4/11 at 2:00 p.m. | 4/8/11 at 2:00 p.m.. |
| Trial | 4/26/11 at 9:00 a.m. | 6/14/11 at 9:00 a.m. |

IT IS SO ORDERED.

DATED: September 13, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE