1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

(SACRAMENTO DIVISION)

| CYTOSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VITAL PHARMACEUTICALS, INC., a Florida Corporation,<br><br>Defendant. | **ORDER MODIFYING PRETRIAL DATES**<br><br>Case No.: 2:08-CV-02632-FCD-GGH |
|---|---|

1   The Court, having reviewed the stipulation of the parties, and good cause appearing,

2   ORDERS that the pretrial dates in this case be modified as follows:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Disclosure of Identity of Experts (provide name and short statement of expected testimony of experts other than rebuttal experts) | 11/1/10 | **11/22/10** |
| Disclosure of Rule 26(a)(2)(B) Initial Expert Reports | 11/8/10 | **11/29/10** |
| Disclosure of Rebuttal Expert Reports | 12/8/10 | **12/29/10** |
| Expert Discovery Cut-Off | 12/23/10 | **1/13/11** |
| Discovery Cut-Off | 12/23/10 | **1/13/11** |
| Dispositive Motion Hearing Cut-Off | 2/11/11 | **2/11/11** |
| Final Pretrial Conf. | 4/8/11 at 2:00 p.m. | **4/8/11 at 2:00 p.m.** |
| Trial | 6/14/11 at 9:00 a.m. | **6/14/11 at 9:00 a.m.** |

IT IS SO ORDERED.

DATED: October 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE