1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

(SACRAMENTO DIVISION)

| CYTOSPORT, INC., a California corporation, | **ORDER MODIFYING PRETRIAL DATES** |
|---|---|
| Plaintiff, | |
| v. | Case No.: 2:08-CV-02632-FCD-GGH |
| VITAL PHARMACEUTICALS, INC., a Florida Corporation, | |
| Defendant. | |

1        The Court, having reviewed the stipulation of the parties, and good cause appearing,

2   ORDERS that the pretrial dates in this case be modified as follows:

3        1.      The parties shall meet and confer no later than November 19, 2010 to establish a

4   deposition schedule to the extent feasible.  The parties shall work in good faith to schedule all

5   depositions previously noticed or requested by either party for mutually agreeable dates in January

6   2011 (subject to any objections).  Nothing in this Order shall limit the ability of any party to notice

7   additional depositions, and the parties shall meet and confer in good faith to schedule any such

8   additional depositions (subject to any objections).

9        2.      VPX shall complete its supplemental document production no later than

10  November 30, 2010.

11       3.      The parties shall hold an in-person settlement conference on a date in December 2010

12  to be mutually agreed by the parties.  The conference shall take place at a mutually agreeable

13  location in this District, unless otherwise agreed by the parties.

14       4.      The existing pretrial deadlines shall be modified as follows:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Disclosure of Identity of Experts (provide name and short statement of expected testimony of experts other than rebuttal experts) | 11/22/10 | 2/15/11 |
| Disclosure of Rule 26(a)(2)(B) Initial Reports | 11/29/10 | 2/22/11 |
| Disclosure of Rebuttal Expert Reports | 12/29/10 | 3/29/11 |
| Expert Discovery Cut-Off | 1/13/11 | 4/15/11 |
| Discovery Cut-Off | 1/11/11 | 4/15/11 |
| Dispositive Motion Hearing Cut-Off | 2/11/11 | 5/27/11 |
| Final Pretrial Conference | 4/8/11 | 7/22/11 at 2:00 p.m. |
| Jury Trial | 6/14/11 | 9/27/11 at 9:00 a.m. |

ORDER MODIFYING PRETRIAL DATES

1 **IT IS SO ORDERED.**

2 DATED:  November 15, 2010

3

4                                          FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE