UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

(SACRAMENTO DIVISION)

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VITAL PHARMACEUTICALS, INC., a Florida Corporation,<br><br>Defendant. | **ORDER MODIFYING PRETRIAL DATES**<br><br>Case No.: 2:08-CV-02632-FCD-GGH |

The Court, having reviewed the stipulation of the parties, and good cause appearing, ORDERS that the existing pretrial deadlines are modified as follows:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Fact Discovery Cut-Off | 9/30/11 | 11/14/11 |
| Disclosure of Identity of Experts (provide name and short statement of expected testimony of experts other than rebuttal experts) | 7/22/11 | 12/9/11 |
| Disclosure of Rule 26(a)(2)(B) Initial Expert Reports | 7/29/11 | 12/16/11 |
| Disclosure of Rebuttal Expert Reports | 9/9/11 | 2/17/12 |
| Expert Discovery Cut-Off | 9/30/11 | 3/23/12 |
| Dispositive Motion Hearing Cut-Off | 11/18/11 | 6/1/12 |
| Final Pretrial Conference | 1/13/12 at 1:30 p.m. | 8/3/12 at 1:30 p.m. |
| Trial | 3/13/12 at 9:00 a.m. | 10/16/12 at 9:00 a.m. |

**IT IS SO ORDERED.**

DATED:  July 21, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE