1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

(SACRAMENTO DIVISION)

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VITAL PHARMACEUTICALS, INC., a Florida Corporation,<br><br>Defendant. | **ORDER MODIFYING PRETRIAL DATES**<br><br>Case No.: 2:08-CV-02632-JAM-GGH |

PDF created with pdfFactory trial version www.pdffactory.com

The Court, having reviewed the stipulation of the parties, and good cause appearing, hereby ORDERS the existing pretrial deadlines are modified as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Depositions Completed | 3/23/12 | 6/8/12 |
| Dispositive Motion Filing Deadline | 5/9/12 | 6/12/12 |
| Oppositions to Dispositive Motions Due | 5/23/12 | 6/26/12 |
| Replies in Support of Dispositive Motions Due | 5/30/12 | 7/3/12 |
| Dispositive Motion Hearing Date | 6/6/12 at 9:30 a.m. | 7/11/12 at 9:30 a.m. |
| Joint Pretrial Statement Due | 7/27/12 | 8/24/12 |
| Final Pretrial Conference | 8/13/12 | 8/31/12 at 11:00 a.m. |
| Trial | 10/15/12 at 9:00 a.m. | 10/15/12 at 9:00 a.m. |

IT IS SO ORDERED.

DATED:  5/3/2012

/S/John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE