GIBSON, DUNN & CRUTCHER LLP
G. CHARLES NIERLICH, SBN 196611
HOWARD S. HOGAN, *pro hac vice*
JOSHUA A. JESSEN, SBN 222831
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306
gnierlich@gibsondunn.com
hhogan@gibsondunn.com
jjessen@gibsondunn.com

KING PARRET & DROSTE LLP
ALAN J. DROSTE, SBN 105616
450 Newport Center Drive, Suite 500
Newport Beach, CA 92660
Telephone: 949.644.3484
Facsimile: 949.644.3993
adroste@kpdlex.com

[Additional counsel on signature pages]

Attorneys for Plaintiff
CYTOSPORT, INC.

Attorneys for Defendant
VITAL PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VITAL PHARMACEUTICALS, INC., a Florida Corporation,<br><br>Defendant. | CASE NO. 2:08-CV-02632-JAM-GGH<br><br>**AGREED STIPULATION AND ORDER OF DISMISSAL** |

This matter is before the Court on the joint application of plaintiff CytoSport, Inc. ("CytoSport") and Defendant Vital Pharmaceuticals, Inc. ("VPX") (collectively, "the Parties").

WHEREAS, Plaintiff commenced the above-captioned civil action on or about November 4, 2008 and filed a Third Amended Complaint on or about December 7, 2009;

WHEREAS, Defendant filed an answer and counterclaims against CytoSport that were deemed filed as of December 22, 2009;

WHEREAS, the Parties have entered into a confidential settlement agreement in which they have agreed to resolve the dispute giving rise to this action; and

WHEREAS, without admitting any factual or legal allegation, claim alleged, or defense asserted, the Parties have consented to the entry of this dismissal order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure with prejudice.

Therefore, it is hereby ORDERED that:

(a)   All claims asserted by Plaintiff against Defendant and all counterclaims asserted by Defendant against Plaintiff are hereby dismissed with prejudice;

(b)   The preliminary injunction entered by this Court on May 6, 2009 and affirmed by order of the United States Court of Appeals for the Ninth Circuit dated September 14, 2009 and filed October 13, 2009 is hereby converted into a permanent injunction and the terms of the injunction set forth therein shall remain permanently in effect pursuant to 15 U.S.C. § 1116 except that CytoSport is hereby relieved of its obligation to post a security under Rule 65(c) of the Federal Rules of Civil Procedure. The Surety Bond in the amount of $500,000.00 received by attorney-in-fact Sheryl Smith/American Contractors Indemnity Company and recorded as Docket No. 78 is accordingly hereby discharged and exonerated.

(c)   As set forth in the confidential settlement agreement between the Parties, VPX surrenders and abandons all statutory and common law rights in the marks "Muscle Power" (Reg. Nos. 3,551,076 and 3,547,541) and "I Am Muscle Power" (Serial No. 77/679,693), along with any and all of the goodwill associated with and represented and symbolized by such marks. The Court hereby orders the cancellation of Reg. Nos. 3,551,076 and 3,547,541 and certifies such order to the Director of the United States Patent and Trademark Office "who shall make appropriate entry upon

the records of the Patent and Trademark Office and shall be controlled thereby," pursuant to 15 U.S.C. § 1119;

(d) As set forth in the confidential settlement agreement between the Parties, VPX withdraws its petitions to cancel CytoSport's registrations for the "Muscle Milk" and "Muscle Milk Light" marks, Petition for Cancellation Nos. 92051604, 92051605, 92051607 and 92051697 before the Trademark Trial and Appeal Board of the United States Patent and Trademark Office;

(e) Each of the Parties shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this action;

(f) Any and all motions that remain pending on the docket for this action are hereby denied as moot;

///

///

///

(g) This Court shall retain subject matter jurisdiction over this matter for purposes of enforcement of this order and the Parties' settlement of this action, and the Parties hereby expressly consent to the exclusive personal jurisdiction of this Court with respect to any action arising from or related to this Settlement Agreement; and

(h) The Clerk of the Court is directed to close the above-captioned action.

DATED: September 27, 2012

| GIBSON, DUNN & CRUTCHER LLP | KING, PARRET & DROSTE LLP |
| --- | --- |
| G. CHARLES NIERLICH | ALAN J. DROSTE |
| HOWARD S. HOGAN | |
| JOSHUA A. JESSEN | VITAL PHARMACEUTICALS, INC. |
| | KALINA PAGANO |
| | VICTORIA GODWIN |

By: /s/ G. Charles Nierlich          By: /s/ Alan J. Droste
      G. Charles Nierlich                    Alan J. Droste

Attorneys for Plaintiff                 Attorneys for Defendant
CYTOSPORT, INC.                   VITAL PHARMACEUTICALS, INC.

IT IS SO ORDERED.

Dated: 9/28/2012

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE